## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHYO HEIN HTUT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 3:25-cv-139 |
| | ) | Judge Stephanie L. Haines |
| LEONARD ODDO, *Secretary of the* | ) | Magistrate Judge Peter E. Ormsby |
| *Department of Homeland Security, et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

### MEMORANDUM ORDER

Presently before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Phyo Hein Htut ("Petitioner") (ECF No. 1). Petitioner is detained by Immigration and Customs Enforcement ("ICE") and challenges the constitutionality of his prolonged detention. Petitioner has been in custody since February 8, 2024, and states that he is entitled to a bond hearing. The Parties agree that Petitioner is detained under 8 U.S.C. § 1226(c) and that the case should be analyzed under the factors provided in *German Santos v. Warden Pke Cty Corr. Facility*, 965 F.3d 203, 209 (3d Cir. 2020). This matter was referred to Magistrate Judge Peter E. Ormsby for proceedings in accordance with the Federal Magistrates Act, 28 U.S. C. § 636, and Local Civil Rule 72.D.

On June 2, 2026, Magistrate Judge Ormsby filed a Report and Recommendation (ECF No. 20) recommending that the Petition (ECF No. 1) be granted to the extent Petitioner requests an individualized bond hearing before a neutral immigration judge pursuant to 8 U.S.C. § 1226 and denied to the extent that it seeks other relief. ECF No. 20, p. 1. The Parties were advised they could file objections to the Report and Recommendation within fourteen days. *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2. No objections were filed and the time to do so has

1

expired.  The Court notes that Petitioner filed a Status Report (ECF No. 22) on June 4, 2026, that does not materially impact the proceedings of this Court.

Upon review of the record and the Report and Recommendation (ECF No. 15) under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and specific objections are filed), and pursuant to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of Magistrate Judge Ormsby in this matter. Judge Ormsby correctly found that upon consideration of the *German Santos* factors Petitioner is entitled to a bond hearing.  *See* ECF No. 20, pp. 6-12.

Accordingly, the following order is entered:

## **ORDER**

AND NOW, this 18th day of June, 2026, IT IS ORDERED that the petition for a writ of habeas corpus (ECF No. 1) hereby is GRANTED.  Respondents are directed to provide Petitioner with a bond hearing before an immigration judge at which the Government must justify Petitioner's continued detention with clear and convincing evidence within seven (7) days of this Order; and,

IT IS FURTHER ORDERED that the bond hearing shall include an individualized determination of whether Petitioner poses a danger to the community or a flight risk. The immigration judge shall state the reasons for the custody determination orally on the record or in writing. If bond is denied, the immigration judge shall identify the principal facts and evidence relied upon in determining that Petitioner poses a danger to the community, a flight risk, or both. Nothing in this Order requires the immigration judge to reach any particular custody determination; and,

IT IS FURTHER ORDERED that if Petitioner is not provided with a bond hearing by the timeframe specified, or if the immigration judge declines to conduct a bond hearing, the writ shall issue and Respondents shall immediately release Petitioner from custody; and,

IT IS FURTHER ORDERED that Respondents shall provide notice to the Court of the outcome of the individualized bond hearing within seven (7) days of the date of the immigration judge's decision; and,

IT IS FURTHER ORDERED that Magistrate Judge Ormsby's Report and Recommendation (ECF No. 20) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this matter closed.

Stephanie L. Haines
United States District Judge